UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIAS MORALES; ENKI RODRIGUEZ/MORALES,

                Plaintiffs,

-against-

THE WHOLE ENTIRE NEW YORK POLICE DEPARTMENT, ET AL.,

                Defendants.

24cv4778 (LTS)

CIVIL JUDGMENT

---

      For the reasons stated in the January 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 15, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge